**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENRIQUE HUAPAYA, | Case No. 1:17-cv-01441-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO ACCEPT LATE FILING OF SECOND AMENDED COMPLAINT |
| D. DAVEY, et al., | |
| Defendants. | [ECF No. 20] |

Plaintiff Enrique Huapaya is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 17, 2018, Plaintiff filed a motion requesting the Court accept the late filing of his second amended complaint, along with a second amended complaint. (ECF Nos. 20, 21.)

On March 14, 2018, the Court screened Plaintiff's first amended complaint and granted him leave to file a second amended complaint or notify the Court of his willingness to proceed only on the claim found to be cognizable, within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). (ECF No. 17.) On April 10, 2018, the Court granted Plaintiff thirty days to comply with the Court's March 14, 2018, order. (ECF No. 19.) Thus, Plaintiff's second amended complaint was due on or before May 10, 2018.

///

///

1

In seeking relief from the late filing, Plaintiff indicates that he has not had access to the law library because of an extensive lockdown. On the basis of good cause, the Court will excuse the late filing of the second amended complaint and it is deemed timely filed. Plaintiff is advised that the Court will screen the complaint in due course.

IT IS SO ORDERED.

Dated: **May 18, 2018**

UNITED STATES MAGISTRATE JUDGE