

FILED

FEB 12 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ЕN_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE HUAPAYA,<br><br>    Plaintiff,<br><br>v.<br><br>D. DAVEY, et.al.,<br><br>    Defendants. | Case No. 1:17-cv-01441-DAD-EPG (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE ENRIQUE HUAPAYA, CDCR #AN-2641 |

A settlement conference in this matter commenced on February 12, 2019. Inmate Enrique Huapaya, CDCR #AN-2641 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 2/12/19

UNITED STATES MAGISTRATE JUDGE

1