# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE HUAPAYA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. DAVEY, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01441-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 44] |

Plaintiff Enrique Huapaya is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed May 6, 2019.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file an exhaustion-related motion for summary judgment is extended to **June 27, 2019**. All other provisions set forth in the Court's February 13, 2019, discovery and scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated:　**May 6, 2019**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1