# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENRIQUE HUAPAYA, | ) | Case No. 1:17-cv-01441-DAD-SAB (PC) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER REGARDING DEFENDANTS' MOTION TO COMPEL |
| D. DAVEY, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff Enrique Huapaya is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 18, 2019, the Court held a telephonic hearing and heard argument by defense counsel, Lucas Hennes and Plaintiff regarding Plaintiff's refusal to answer certain questions at his scheduled deposition. The Court considered Plaintiff's arguments in relation to any privilege and/or request for protective order, but granted Defendants' oral motion to compel and ordered Plaintiff to answer *all* questions at the deposition, subject to any applicable privilege objection.

IT IS SO ORDERED.

Dated:  **September 18, 2019**

_____
UNITED STATES MAGISTRATE JUDGE