**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENRIQUE HUAPAYA,<br><br>    Plaintiff,<br><br>    v.<br><br>D. DAVEY, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01441-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED TO TRIAL OR FOR SETTLEMENT<br><br>[ECF No. 59] |

Plaintiff Enrique Huapaya is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 16, 2020, Plaintiff filed a motion to proceed to trial or to settle the case for the amount demanded. Plaintiff is advised that offers and/or negotiations between the parties shall not be filed with the Court. If both parties believe a second settlement conference will be beneficial, they may contact the Court and a settlement conference will be arranged. Otherwise, this case is currently set for jury trial before the Honorable Dale A. Drozd on February 17, 2021. Accordingly, Plaintiff's motion to proceed to trial or for settlement is denied.

IT IS SO ORDERED.

Dated: __**January 21, 2020**__  
                                                            UNITED STATES MAGISTRATE JUDGE